UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **JESSIE F. COOPER,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil No. 04-222-P-S |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security** | ) | |
| **Defendant.** | ) | |

## ORDER ACCEPTING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision dated May 24, 2005 (Docket # 13), the Recommended Decision is accepted.

Accordingly, it is <u>ORDERED</u> that the Commissioner's decision is <u>VACATED</u> and the case is <u>REMANDED</u> to the Commissioner for further proceedings..

    /s/ George Z. Singal
Chief United States District Judge

Dated this 23rd day of June 2005.